# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL GRANT DAY**                                                                **PLAINTIFF**

**v.**                      **No: 4:18-cv-00008 JLH-PSH**

**DOES,** *et al.*                                                           **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 15th day of March, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE